938

No. 449, Misc. BERMAN v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 451, Misc. SIEGLE v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 453, Misc. WRIGHT v. NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 454, Misc. KELLER v. TINSLEY, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner pro se. Duke W. Dunbar, Attorney General of Colorado, Frank E. Hickey, Deputy Attorney General, and John E. Bush, Assistant Attorney General, for respondent.

No. 459, Misc. GREEN ET AL. v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied. Johnnie A. Jones for petitioners. Jack P. F. Gremillion, Attorney General of Louisiana, and Ralph L. Roy for respondent.

No. 461, Misc. BROWN v. WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 462, Misc. MECKLER v. NEW YORK. Court of Appeals of New York. Certiorari denied. Frances Kahn for petitioner. Frank S. Hogan and H. Richard Uviller for respondent.

No. 463, Misc. SPIRES v. BOTTORFF. C. A. 7th Cir. Certiorari denied. Petitioner pro se. Owen Voigt for respondent.